JOANNE LAFRENIERE #158011
1032 Irving Street #975
San Francisco, CA 94122
Telephone: (415) 702-9485
j_lafreniere@comcast.net

Attorney for Trustee, Paul Mansdorf

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Pleasanton Fitness, LLC<br><br>Debtor | Case No. 19-41949 RLE<br><br>Chapter 7 |
| Paul Mansdorf, Trustee,<br><br>Plaintiff<br><br>v.<br><br>FR Franchising, LLC, a Washington limited liability company; Sanjiv K. Chopra, an individual; and Jonathon Wall, an individual;<br><br>Defendants. | Adv. Pro. No. 22-04026 |

**NOTICE OF VOLUNTARY DISMISSAL OF ACTION**

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(I), FRCP, made applicable herein by pursuant to Rule 7041, FRBP, plaintiff Paul Mansdorf, trustee of the bankruptcy estate of Pleasanton Fitness LLC, due to the compromise approved in the main case at ECF Docket No. 637 (including that each party bears its own costs), voluntarily dismisses the above-captioned adversary proceeding.

DATED: December 5, 2022

/s/ Joanne LaFreniere
Attorney for Plaintiff, Paul Mansdorf, Trustee